**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KAUFMAN and LISA KAUFMAN, a married couple,<br><br>        Plaintiffs,<br><br>   vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurer,<br><br>        Defendant. | No. 2:22-cv-00539-BJR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE DISCOVERY AND DISPOSITIVE DEADLINES FOR 60 DAYS** |

The Court having examined and considered Defendant's Unopposed Motion to Continue the Discovery and Dispositive Deadlines for 60 Days, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** the Unopposed Motion to Continue the Discovery and Dispositive Deadlines for 60 Days is **GRANTED**.

**IT IS SO ORDERED.**

DATED this 7th day of December, 2022.

_Barbara J. Rothstein_
_____
Honorable Barbara J. Rothstein