**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KAUFMAN and LISA KAUFMAN, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:22-cv-00539-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE** |

This matter came before the above-entitled Court upon the parties' Stipulated Motion to Continue Trial Date.

The Court has reviewed the records and files herein, including the Stipulated Motion to Continue Trial Date;

IT IS HEREBY ORDERED that:

The Stipulated Motion to Continue Trial Date and remaining related deadlines is **GRANTED,** and it is hereby ordered that trial is continued to August 21, 2023. The deadline to file motions in limine is extended to August 1, 2023, the deadline to file the joint pretrial statement is August 7, 2023, and the pretrial conference shall be August 14, 2023 at 10:30am (PST).

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE – 1
Cause No.: 2:22-cv-00539-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 26th day of April, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**FORSBERG & UMLAUF, P.S.**

By: *s/Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA #40720
    Matthew S. Adams, WSBA #18820
    Jennifer E. Aragon, WSBA #45270
    Attorneys for Defendant

**CASCADE LAW PLLC**

By: *s/Joseph W. Moore*
    Joseph W. Moore, WSBA #44061
    Umar I. Gebril, WSBA #58227
    Heather N. Derenski, WSBA #59366
    Attorneys for Plaintiffs

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE – 2
Cause No.: 2:22-cv-00539-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX